METROPOLITAN MUSEUM OF ART, Appellant, *v.* ARTHUR W. CLEMENT, Respondent, et al., Defendant.

Argued October 3, 1944; decided November 16, 1944.

*Joseph V. Lane, Jr.,* and *Edward J. Holland, Jr.,* for appellant.
*Clarence B. Campbell* and *Arthur W. Clement* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.